United States District Court
Southern District of Texas
**ENTERED**
April 08, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| Wendy Interiano Enamorado, | § | |
| | § | |
| Peittioner, | § | |
| | § | |
| v. | § | Civil Action No. H-25-5937 |
| | § | |
| Kristi Noem, Secretary, | § | |
| U.S. Department of Homeland Security, et al., | § | |
| | § | |
| Despondents. | § | |

## O R D E R

Pending before the Court is Petitioner's Motion for Leave to Amend Petition for Writ of Habeas Corpus (docket no. 10). Respondent has filed a Notice of non-opposition (docket no. 11). Accordingly, Petitioner's Motion for Leave to Amend Petition for Writ of Habeas Corpus (docket no. 10) is **GRANTED**.

Petitioner is **GRANTED** twenty (20) days to amend the Petition for Writ of Habeas Corpus. Respondent **SHALL** file any response to the Amended Petition within twenty (20) days after the filing of the Amended Petition.

**SIGNED** at Houston, Texas, on this 8th day of April, 2026.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE